# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00256-CV

### In re Guadalupe Padilla

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Guadalupe Padilla filed a pro se petition for writ of mandamus asking this Court to compel the district court to act on his motion for forensic DNA testing and his motion for appointment of counsel. *See* Tex. Code Crim. Proc. art. 64.01(a-1), (c). After Padilla filed his petition, the district court ruled on both of his motions. Accordingly, we dismiss Padilla's petition for writ of mandamus as moot. *See In re Luna*, 317 S.W.3d 484, 484 (Tex. App.—Amarillo 2010, orig. proceeding) (dismissing mandamus petition as moot after trial court issued ruling on pending motion); *see also* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Filed: May 3, 2019